IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:                                               CASE NO.: 11-07267
                                        )            CHAPTER 13
Jordan Jinks                            )
Shawna Jinks                            )
                                        )
**Debtor(s)**                           )

STATE OF CHANGE

Please be advised that the following change has been made in the above referenced matter:

    Am Schedule C – correcting SC Code for wildcard exemption in Lacey Street property

Date: 01/19/12          /s/ Michael G. Matthews
                        Michael G. Matthews
                        2015 Boundary Street Ste 319
                        Beaufort, SC 29902

B6C (Official Form 6C) (4/10)

In re  Jordan Jerome Jinks,
       Shawna Deaudrea Jinks
                          Debtors

Case No. __11-07267__

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 1 acre of undeveloped land  Parcel number 204-01-05-006  (Railroad Avenue) | S.C. Code Ann. § 15-41-30(A)(7) wildcard from (A)(5) (A)(3) | 4,550.00 | 6,100.00 |
| Property also in the name of Simon Jinks | | | |
| $12,200.00 divided by 2 = $6100.00 | | | |
| lot undeveloped on Lacey Street   Parcel Number  198-09-02-026 | S.C. Code Ann. § 15-41-30(A)(7) wildcard (A)(5) | 800.00 | 800.00 |
| **Cash on Hand** | | | |
| cash on hand | S.C. Code Ann. § 15-41-30(A)(5) | 40.00 | 40.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| checking account Wachovia Bank | S.C. Code Ann. § 15-41-30(A)(5) | 200.00 | 200.00 |
| checking account  Wachovia Bank | S.C. Code Ann. § 15-41-30(A)(5) | 96.00 | 96.00 |
| **Household Goods and Furnishings** | | | |
| household goods and furnishings | S.C. Code Ann. § 15-41-30(A)(3) | 3,000.00 | 3,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| dvds, books | S.C. Code Ann. § 15-41-30(A)(3) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| clothing | S.C. Code Ann. § 15-41-30(A)(3) | 350.00 | 350.00 |
| **Furs and Jewelry** | | | |
| wedding ring, watch, necklace etc | S.C. Code Ann. § 15-41-30(A)(4) | 150.00 | 150.00 |
| **Interests in Insurance Policies** | | | |
| AGLA life insurance whole life policy  cash value  $1000.00 worth upon death  $50,000.00 | S.C. Code Ann. § 38-63-40(A) | 1,000.00 | 1,000.00 |
| AGLA  life insurance  whole life policy  $1000.00 cash value  worth $50,000.00 upon death | S.C. Code Ann. § 38-63-40(A) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401K through previous employer | 11 U.S.C. § 522(b)(3)(C) | 1,200.00 | 1,200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1994 Dodge Van 250  Vin  2B6HB21Y7RK177626  mileage 265426,  very poor shape, rusted out | S.C. Code Ann. § 15-41-30(A)(2) | 500.00 | 500.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Shawna Jinks v. Gainsco MGA, personal injury (car accident) attorney representing her is Alex Murdaugh, Esquire, Hampton, South Carolina, no offers of settlement | S.C. Code Ann. § 15-41-30(A)(12)(b) | 0.00 | 0.00 |
| | Total | 11,936.00 | 13,486.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy