IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

|  |  |
|---|---|
| Jordan Jinks<br>Shawna Jinks<br><br>　　　Debtor(s) | CASE NO.: 11-07267<br>CHAPTER 13 |

TO: All credit and Parties in Interest

**NOTICE AND APPLICATION FOR SETTLEMENT AND COMPROMISE**

YOU ARE HEREBY NOTIFIED THAT THE Debtors are applying for approval of the following compromise and settlement.

TAKE FURTHER NOTICE that any response, return and/or objection to this application, should be filed with the Clerk of the Bankruptcy Court not later than twenty-one days from service of the motion/application and a copy simultaneously served on all parties in interest.

Take further notice that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on March 21, 2013, at 9:00 a.m., at 145 King Street, Room 225, Charleston, South Carolina. No further notice of this hearing will be given.

Nature of Dispute: Personal Injury, 09/29/2010

Settlement amount: $25,000.00

Proposed Settlement: $25,000.00

The debtor, Shawna Jinks received significant injuries in her automobile accident. The entire proceeds are exempt under 15-41-30(12)(b).

Attorney Fees to Debtor's personal injury attorney:
R. Alexander Murdaugh, Esquire                                         $ 8,333.33

**EXPENSES INCURRED IN SUIT:**

| | |
|---|---|
| Jasper County EMS (trip report & bill) | $ 15.65 |
| Midwest Medical Records | $ 29.69 |
| HealthPort (medical records) | $ 28.33 |

| | | |
|---|---|---|
| Don Crews (travel to Ridgeland to take photographs) | $ 11.33 | |
| South Carolina Department of Motor Vehicle (accident report) | $ 6.00 | |
| Charles J. Nivens, M.D. (medical records) | $ 31.90 | |
| Total Expenses | | $ 122.90 |
| Total Fee and Expenses | | $ 8,456.23 |

**LIEN:**

| | | |
|---|---|---|
| Palmetto State Bank (Loan Number 6981131, payoff through 01/22/2013) | | $ 613.00 |
| Michael Matthews, Esquire (Bankruptcy Attorney) | | $ 500.00 |

**OUTSTANDING MEDICALS:**

| | | |
|---|---|---|
| Charles J. Nivens, M.D. | | $ 510.00 |
| Hampton Family Chiropractic | | $ 2,915.00 |
| Balance of Proceeds payable directly to Debtor(s) | | $ 12,005.77 |

Moving Parties: Jordan and Shawns Jinks, P O Box 802, Yemassee, South Carolina 29945; Michael Matthews, Esquire, 2015 Boundary Street Ste 319, Beaufort, South Carolina 29902

The Debtors' counsel hereby certifies that the terms set out above are complete and have been agreed upon by the moving parties named herein.

WHEREFORE, the moving parties request the court issue an order authorizing the settlement and compromise and such other and further relief as may be proper.

MICHAEL MATTHEWS ESQUIRE

/s/ Michael Matthews
Michael Matthews   ID 10012
2015 Boundary Street Ste 319
Beaufort, South Carolina 29902
(843) 379-0702

February 11, 2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

|  |  |  |
|---|---|---|
| Jordan Jinks | ) | CASE NO.: 11-07267 |
| Shawna Jinks | ) | CHAPTER 13 |
|  | ) | CERTIFICATE OF MAILING |
| Debtor(s) | ) |  |

I, the undersigned legal assistant of the law office of Michael Matthews, Attorney at Law, attorneys for the debtor(s), do hereby certify that I have mailed a copy of the Debtors' Notice and Application for Settlement and Compromise in the above matter, postage prepaid to each of the parties listed on the mailing matrix in said action, this 11th day of February, 2013.

/s/ Jenny Durham
Jenny Durham

Label Matrix for local noticing
0420-2
Case 11-07267-jw
District of South Carolina
Charleston
Mon Jan 21 14:19:09 EST 2013

24 on Physicians PC
P O Box 403631
Atlanta GA 30384-3631

AFNI Verizon
P O Box 3427
Bloomington IL 61702-3427

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

ASHRO
3650 Miwaukee Street
Madison WI 53714-2304

Ashley Funding Services LLC its successors a
assigns as assignee of Syndicated Office
Systems, Inc
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ashro Lifestyle
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374-0933

B. Lindsay Crawford III Esquire
P O Box 4216
Columbia SC 29240-4216

BEAUFORT MEDICAL IMAGING INC
C/O CBC
PO BOX 5067
KINGSPORT TN 37663-0067

BJHCHS
P O Box 357
Ridgeland SC 29936-2605

Beaufort CRNA Services
P O Box 1927
Columbia SC 29202-1927

Beaufort Emergency Medicine
P O Box 884
Columbia SC 29202-0884

Beaufort Medical Imaging
Post Office Box 49009
Greenwood SC 29649-0001

Beaufort Memorial Hospital
P O Box 1085
Beaufort SC 29901-1085

Beaufort Memorial Orthopaedic Special
P O Box 6678
Columbia SC 29260-6678

CBC Beaufort Medical Imaging
P O Box 5067
Kingsport TN 37663-0067

CPM FEDERAL CREDIT UNION
1066 E. MONTAGUE AVE
N. CHARLESTON SC 29405-4822

CPM Federal Credit Union
P O Drawer 1227
Beaufort SC 29901-1227

Central Financial Control
Coastal Carolina Medical
P O Box 666873
Dallas TX 75266

Charleston Pathology
P O Box 30309
Charleston SC 29417-0309

Coastal Plaines Physcian
P O Box 60217
Charlotte NC 28260-0217

B. Lindsay Crawford III
Crawford & Von Keller LLC
PO Box 4216
Columbia, SC 29240-4216

Enterprise Rent A Center
P O Box 405738
Atlanta GA 30384-5700

Equable Ascent Financial, LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Granite Recovery LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

HAMPTON COUNTY FAMILY COURT
PO BOX 7
HAMPTON SC 29924-0007

Hampton Country Family Court
P O Box 37
Hampton SC 29924-0037

Hampton Regional Medical
595 Carolina Ave. West
Varnville SC 29944-4735

Hilton Head Emergency Physicians
P O box 291805
Dayton OH 45429-0805

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

| | | |
|---|---|---|
| Jasper County EMS<br>P O Box 1509<br>Ridgeland SC 29936-2626 | Jordan Jerome Jinks<br>P O Box 802<br>Yemassee, SC 29945-0802 | Shawna Deaudrea Jinks<br>P O Box 802<br>Yemassee, SC 29945-0802 |
| Johnanna Jinks<br>57 Hunt Street<br>Yemassee SC 29945 | LowCountry Medical Group<br>P O Box 601131<br>Charlotte NC 28260-1131 | Michael Glen Matthews<br>2015 Boundary St., Suite 319<br>Beaufort, SC 29902-6805 |
| Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 | Midnight Velvet<br>1112 7th Avenue<br>Monroe WI 53566-1364 |
| Midnight Velvet<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374-0933 | Montgomery Ward<br>1112 7th Avenue<br>Monroe WI 53566-1364 | Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374-0933 |
| Newby Sartip Nasel & Casper<br>P O Box 808<br>Myrtle Beach SC 29578-0808 | Quantum3 Group LLC as agent for<br>Galaxy Portfolios LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Recovery Management Systems Corporation<br>25 SE Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | SCA Beaufort Memorial Hospital<br>P O Box 910<br>Edenton NC 27932-0910 | SCA Collection Roper St Francis<br>P O Box 876<br>Greenville NC 27835-0876 |
| South Carolina Dept of Revenue<br>P O Box 129<br>Columbia SC 29214-0001 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | Vanderbilt Mortgage<br>P O Box 9800<br>Maryville TN 37802-9800 |
| Vanderbilt Mortgage and Finance, Inc.<br>PO Box 9800<br>Maryville, TN 37802-9800 | Theodore Von Keller<br>Crawford and Von Keller<br>PO Box 4216<br>Columbia, SC 29240-4216 | James M. Wyman<br>PO Box 997<br>Mount Pleasant, SC 29465-0997 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | (d)Honda Financial<br>P O Box 105027<br>Atlanta GA 30348 | Internal Revenue Service<br>1835 Assembly Street MDP 39<br>Columbia SC 29201 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Case No.: 11-07267

**ORDER AUTHORIZING DEBTORS TO EMPLOY ATTORNEY**

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**